## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**WILLIAM J. WATSON,**

       **Petitioner,**

**v.**

                                  **Case No. 25-CV-00217-SPM**

**DANIEL SPROUL,**

       **Respondent.**

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

       **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Court's Order of March 25, 2025 (Doc. 6), this matter is **DISMISSED without prejudice**.

**DATED: March 25, 2025**

                 **MONICA A. STUMP,**
                 **Clerk of Court**

                 **By: _s/ Jackie Muckensturm_**
                     **Deputy Clerk**

**APPROVED: _s/ Stephen P. Mc_Glynn**
            **STEPHEN P. MCGLYNN**
            **U.S. District Judge**